Opinion issued July 19, 2007










 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00425-CR

____________


JOSE LUIS LUNAR, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 177th District Court 

Harris County, Texas

Trial Court Cause No. 1065642






MEMORANDUM OPINION Appellant, Jose Luis Lunar, has filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).